# THE UNITED STATES DISTRICT COURT,
# DISTRICT OF UTAH

| | |
|---|---|
| WILSON CONSULTING SERVICES INC. dba WCS SOLUTIONS,<br><br>　　　Plaintiff/Counterclaim Defendant,<br>vs.<br><br>AUTOM8TION, LLC, a Utah limited liability company, JEFFREY A. LONG, individually, VIDEO FUNNELS, LLC, a Utah limited liability company, INTERNET INCOME SYSTEMS an unregistered dba of Jeffrey A. Long, LONG ENTERPRISES an unregistered dba of Jeffrey A. Long, and JOHN DOES 1-5,<br><br>　　　Defendants/Counterclaim Plaintiff. | **MEMORANDUM DECISION AND ORDER DENYING WITHOUT PREJUDICE MOTION TO WITHDRAW**<br><br>Case No.  2:24-cv-00044-AMA-DBP<br><br>Judge Ann Marie McIff Allen<br>Chief Magistrate Judge: Dustin B. Pead |
| AUTOM8TION, LLC, a Utah limited liability company,<br><br>　　　Third-Party Plaintiff,<br>vs.<br><br>GEORGE WILSON, an individual,<br><br>　　　Third-Party Defendant. | |

　　　Attorneys Bradley J. Weber and Travis J. Phelps of the law firm Weber Law Group, PLLC, move the court to withdraw as counsel for Defendants/Counterclaim Plaintiff/Third-Party Plaintiff Autom8tion, LLC, Jeffrey A. Long, Video Funnels, LLC, Internet Income Systems, and Long Enterprises.[1] Counsels' Motion is deficient and fails to comply with the requirements of Local Rule 83-1.4. The court therefore DENIES the Motion without prejudice.

---

[1] ECF No. 32. The document was improperly filed as a Notice of Withdrawal of Counsel rather than a motion as it appears certain parties will be left without counsel. *See* DUCivR 83-1.4(b) (2023).

IT IS SO ORDERED.

DATED this 20 November 2024.

_____
Dustin B. Pead
United States Magistrate Judge